# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:08-cr-00348-W

| | |
|---|---|
| MARLENE C. PULLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SEC. MICHAEL CHERTOFF, )<br>)<br>Defendant. )<br>) | ORDER |

THE MATTER is before the Court on Plaintiff's Motion for Reconsideration (Doc. No. 4) of the Court's Order denying her Motion for Leave to Proceed in forma pauperis. In the instant motion, Plaintiff presents no additional evidence or new accounting of her income or expenses, but instead simply states that she "does not have the filing fees of $350.00 . . . ." Because Plaintiff has provided no new information to the Court to warrant a change in the Court's earlier ruling, the Order shall stand. The Court, however, will amend its order to extend the due date of the filing fees for an additional thirty (30) days, thereby giving Plaintiff sixty (60) days from the date of the previous Order within which to remit the filing fee to the Clerk's office.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Reconsideration (Doc. No. 4) is GRANTED in part and DENIED in part;

2. Plaintiff shall pay the filing fee of three hundred and fifty-five dollars ($355.00) within **sixty (60) days** of the Court's previous order and no later than Monday, September 29, 2008; and

3. Upon receipt of the filing fee, the Clerk shall issue summons and deliver them

forthwith to the United States Marshall who will make service of process without additional cost.

**PLAINTIFF IS CAUTIONED THAT FAILURE TO PAY THE FILING FEE BY SEPTEMBER 29, 2008, MAY SUBJECT HER COMPLAINT TO DISMISSAL FOR FAILURE TO PROSECUTE.**

IT IS SO ORDERED.

Signed: August 7, 2008

Frank D. Whitney
United States District Judge