# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**DOCKET NO. 3:08-CV-348-FDW**

| | |
|---|---|
| MARLENE C. PULLEY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MICHAEL CHERTOFF, Secretary of ) | |
| Homeland Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court upon motion of the Plaintiff *pro se* to award compensation in the amount of $100,000 on the basis of age discrimination (Doc. No. 9). Assuming Defendant was properly served, the docket indicates that Defendant's answer would have been due on 5 December 2008. No answer has yet been served or filed. The Court will therefore treat Plaintiff's *pro se* motion as a motion for entry of default and for default judgment pursuant to Fed. R. Civ. P. 55.

Entry of default against a party is proper only if the party has been properly served with process and has subsequently failed to plead or otherwise defend within the required time period. See Maryland State Fireman's Ass'n v. Chaves, 166 F.R.D. 353 (D. Md. 1996). When the United States or one of its agencies or officers is a defendant, service of process must be accomplished on several people: (1) the United States Attorney for the district in which the action is brought; (2) the Attorney General; and (3) the particular agency or officer being sued. See Fed. R. Civ. P. 4(i). In this case, it appears that service of process was effected only on Michael Chertoff but not on the

Attorney General or United States Attorney for the Western District of North Carolina.

Since Plaintiff is proceeding *pro se* and the Court directed the U.S. Marshals Service to serve process in this case, this procedural defect occurred through no fault of Plaintiff. Nevertheless, a default and default judgment may not be entered against the United States until all the above-named parties have been properly served and another sixty days have passed without an answer. Therefore,

IT IS ORDERED that:

(1) Plaintiff's motion for entry of default and default judgment (motion to award compensation) (Doc. No. 9) is DENIED without prejudice as untimely;

(2) The Clerk of Court is DIRECTED to re-issue summons for the United States Attorney, Attorney General, and Secretary of Homeland Security, and deliver them along with a copy of the complaint and a copy of this Order to the United States Marshal who shall make service of process without additional cost; and

(3) The Clerk shall mail a copy of this Order to the Plaintiff at her address of record.

Signed: January 7, 2009

Frank D. Whitney
United States District Judge