# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

## DOCKET NO. 3:08-CV-348-FDW

| | | |
|---|---|---|
| **MARLENE C. PULLEY,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | ***ROSEBORO* NOTICE AND** |
| | ) | **ORDER** |
| **JANET NAPOLITANO, Secretary of** | ) | |
| **Homeland Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

NOW BEFORE the Court is Defendant's motion to dismiss or in the alternative for summary judgment (Doc. No. 16). When a motion for summary judgment is made against a *pro se* party, the *pro se* party is entitled to "be advised of his right to file counter-affidavits or other responsive material and alerted to the fact that his failure to do so might result in the entry of summary judgment against him." Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975).

The applicable provision of the Federal Rules of Civil Procedure, Rule P. 56(e)(2), reads:

> When a motion for summary judgment is properly made and supported, an opposing party may not rely merely on allegations or denials in its own pleading; rather, its response must—by affidavits or as otherwise provided in this rule—set out specific facts showing a genuine issue for trial. If the opposing party does not so respond, summary judgment should, if appropriate, be entered against that party.

This rule requires that if Plaintiff has any evidence to offer to counter the evidence contained in Defendant's Motion for Summary Judgment and supporting documents, she must present it to the Court in the form of documents, affidavits, or unsworn declarations under penalty of perjury. An affidavit is a written statement made under oath; that is, a statement prepared in writing by the

Plaintiff and sworn before a Notary Public. If the Plaintiff chooses, she may instead submit an unsworn declaration and state the following along with the date and her signature: "I declare under penalty of perjury that the foregoing is true and correct." See 28 U.S.C. § 1746.

In consideration of the delay in issuing the foregoing notice, it is hereby ORDERED that Plaintiff shall have until **April 30, 2009**, in which to file affidavits, other evidence and/or legal argument in opposition to Defendant's motion, unless Plaintiff can show good cause for a further extension of time to respond.

IT IS SO ORDERED.

Signed: April 13, 2009

Frank D. Whitney
United States District Judge