IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08-cv-00348-W

| | |
|---|---|
| MARLENE C. PULLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SECRETARY JANET NAPOLITANO, )<br>)<br>Defendant. )<br>) | ORDER |

THE MATTER is before the Court on Defendant's Motion to Dismiss (Doc. No. 16), filed April 2, 2009. For the reasons stated in the Court's oral order issued in open court following a hearing on June 3, 2009, Defendant's motion is GRANTED IN PART as to the retaliation claims and DENIED IN PART as to the discrimination claim.

IT IS SO ORDERED.

Signed: June 9, 2009

Frank D. Whitney
United States District Judge