# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:08-cv-00348-W

| | |
|---|---|
| MARLENE C. PULLEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SECRETARY JANET NAPOLITANO, )<br>)<br>Defendant. )<br>) | ORDER |

THE MATTER is before the Court, *sua sponte*, following the filing of Defendant's Motion for Summary Judgment (Doc. No. 32). In accordance with *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Plaintiff, who is proceeding pro se, is cautioned that she carries a heavy burden in responding to a motion for summary judgment. Rule 56(e) of the Federal Rules of Civil Procedure provides:

> When a motion for summary judgment is properly made and supported, an opposing party may not rely merely on allegations or denials in its own pleading; rather, its response must – by affidavits or as otherwise provided in this rule – set out specific facts showing a genuine issue for trial. If the opposing party does not so respond, summary judgment should, if appropriate, be entered against that party.

Fed. R. Civ. P. 56(e)(2). This language means that if the Plaintiff has any evidence to offer to show that there is a genuine issue for trial, she must now present it to the Court in a form which would otherwise be admissible at trial, that is, in the form of affidavits or unsworn declarations. An affidavit is a written statement under oath; in other words, a statement prepared in writing and sworn before a notary public. An unsworn statement, made and signed under the penalty of perjury, may also be submitted.

Affidavits or statements must be presented by the Plaintiff to this Court by Monday, February 22, 2010. As stated by Rule 56(e), Plaintiff's failure to respond may result in the action being dismissed by way of summary judgment.

IT IS, THEREFORE, ORDERED that the Plaintiff is allowed until Monday, February 22, 2010, to respond, in accordance with the provisions of Fed. R. Civ. P. 56(e), to Respondent's motion for summary judgment.

IT IS SO ORDERED.

Signed: February 4, 2010

Frank D. Whitney
United States District Judge