# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marlene C. Pulley ,

    Plaintiff(s),

vs.

Secretary Janet Napolitano ,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08-cv-348-W

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2010 Order.

Signed: April 9, 2010

Frank G. Johns, Clerk
United States District Court